IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID AND AYA CARDELLINI, INDIVIDUALLY AND a/n/f T.C., A MINOR STUDENT | § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. H-09-1714 |
| KLEIN INDEPENDENT SCHOOL DISTRICT, | § § § § § | |
| Defendant. | § | |

## ORDER

Plaintiffs' unopposed motion for continuance of the scheduling conference, (Docket Entry No. 18). The motion is granted. The initial pretrial and scheduling conference is reset to **December 15, 2009, at 4:00 p.m.** The joint discovery case management plan is due by December 7, 2009.

SIGNED on October 27, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge