IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| D.C. AND A.C., INDIVIDUALLY AND a/n/f T.C., A MINOR STUDENT | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-09-1714 |
| KLEIN INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Klein Independent School District's Motion for Summary Judgment is granted. The hearing officer's decision in *T.C. b/n/f D.C. and A.C. v. Klein Indep. Sch. Dist.*, Docket No. 119-SE-0109, is affirmed. The claims filed by the plaintiffs, D.C. and A.C., against the defendant, Klein Independent School District, are dismissed with prejudice.

SIGNED on May 5, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge